# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

NATIONWIDEMUTUAL INSURANCE COMPANY,

      Plaintiff,

v.

Case No.: 5:25-cv-00081-JSM-PRL

WORLD CHEER CENTER, LLC d/b/a RUSH ALL-STARS, et al.,

      Defendants,

_____/

## ORDER

On May 2, 2025, Plaintiff filed a motion seeking a Court Order directing the United States Marshals Service ("USMS") to effectuate service of initial process on Defendant World Cheer Center, L.L.C. dba Rush All-Stars ("World Cheer Center"). (Doc. 11). However, Plaintiff subsequently filed a waiver of service executed by World Cheer Center, L.L.C. dba Rush All-Stars. (Doc. 12). Accordingly, Plaintiff's motion seeking service by the USMS (Doc.11) is due to be denied as **moot**.

DONE and ORDERED in Ocala, Florida on May 8, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge